IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD KRPATA,**

    **Plaintiff,**

**v.**                            **CASE NO. 4:13-cv-427**

**KASCO SERVICES CORPORATION,**

    **Defendant.**

_____/

**ORDER GRANTING MOTION TO SUBMIT
SETTLEMENT AGREEMENT TO THE COURT
<u>FOR *IN CAMERA* REVIEW</u>**

This matter is before the Court on the parties' Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review, ECF No. 13. Having considered the motion, the record, and the relevant legal authorities, it is ORDERED that the motion is **GRANTED.** On or before **February 18, 2014,** the Plaintiff shall submit a copy of the settlement agreement reached in this matter for the Court's review.[1] See *Lynn's Food Store, Inc. v. United States,* 679 F.2d 1350, 1352-55 (11th Cir. 1982) (holding that in an action brought pursuant to the Fair Labor Standards Act, the Court must scrutinize a settlement agreement for fairness). The parties may submit the proposed settlement to the Court for *in*

---

[1] The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's counsel and a detailed invoice of fees and costs incurred in this matter.

1

*camera* review via U.S. Mail, email (becky_j_jones@flnd.uscourts.gov) or hand-delivery.

**SO ORDERED on February 11, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**