IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD KRPATA,

      Plaintiff,

v.                                CASE NO. 4:13-cv-427-MW/CAS

KASCO SERVICES
CORPORATION,

      Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

Plaintiff, Donald Krpata, and Defendant, Kasco Services Corporation, jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 14.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions and because Defendants are paying Plaintiff's reasonable attorneys' fees and costs. This Court

approves the Settlement and dismisses the case with prejudice.

For these reasons,

IT IS ORDERED:

1. Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal, ECF No. 14, is **GRANTED**.

2. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

4. The clerk must close the file.

**SO ORDERED on February 19, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**